| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BOEING EMPLOYEES' CREDIT UNION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>P/C WE LIMEN TOO, Official Number 1186421, her engines, tackle, apparel, furniture and equipment, *In Rem*, and DERRICK L. MARTIN and LENA MARTIN, *In Personam,*<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. C09-5024 RBL<br><br>ORDER OF DEFAULT *IN REM* |

THIS MATTER having come on regularly upon the motion of plaintiff, and the Court having considered the records and files herein and the declaration submitted with the motion, it is

**ORDERED** that the defendant vessel, P/C WE LIMEN TOO, Official Number 1186421, and all persons who may claim a right or interest in the defendant vessel, having failed to file an answer or statement of right or interest herein, are in default.

Dated this 20th day of April, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE